ORDERED.

Dated: June 18, 2018

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MARGIE E. MUNDEN                         CASE NO.: 6:13-bk-14147-CCJ

    Debtor(s).
_____/

**ORDER GRANTING DEBTORS' VERIFIED
MOTION TO USE CASH COLLATERAL (DOC. 57)**

This case came before this Court on the Debtor's Verified Motion to Use Cash Collateral (Doc. 57) as to the insurance proceeds from structural damage to the homestead property of the Debtor and the Court finds as follows:

1. The Motion was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within twenty-one (21) days of the date of service;

2. No party filed an objection within the time permitted; and

3. The Court having reviewed the pleading and otherwise informed of the premises;

It is therefore,

ORDERED:

1. The Motion (Doc. 57) is GRANTED.

2. The Debtor is authorized to use the cash collateral received from the Debtor's insurance company solely for the purpose of making repairs to the Debtor's home. Any excess funds shall be turned over to the Chapter 13 Trustee, Laurie K. Weatherford.

3. The first mortgage holder, BSI FINANCIAL SERVICES, shall endorse the insurance check and provide a return check payable in the name of the Debtor and UNIVERSAL ROOF AND CONTRACTING only within ten (10) days of the date of service of this order.

4. The Debtor is prohibited from using these funds to bring her plan payments current under the Chapter 13 plan.

5. All other orders that do not conflict with this order shall remain in full force and effect.

*Attorney, Samuel R. Pennington, Esq., is hereby directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.*