**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                    **Case No.  6:13-bk-14147-CCJ**
                                                                **Chapter 13**

**MUNDEN, MARGIE EVELYN**
_____**Debtor**_____/


**MOTION FOR SANCTIONS AGAINST BSI FINANCIAL SERVICES, AS**
**SERVICING AGENT FOR U.S. BANK TRUST, N.A., AS TRUSTEE OF**
**BUNGALOWSERIES F TRUST #9752 AND TO DEEM MORTGAGE CURRENT**


       COMES NOW the Debtor, MARGIE EVELYN MUNDEN, by and through the

undersigned attorney, and files this Motion for Sanctions against BSI

Financial Services, as Servicing Agent for U.S. Bank Trust, N.A., as Trustee of

Bungalow Series F Trust ("Creditor") #9752 and to Deem Mortgage Current and in

support states:

    1.    On November 16, 2013, this case was filed under Chapter 13.

    2.    On March 19, 2014, Federal National Mortgage Association filed a

        secured proof of claim #8-1 in the amount of $315,909.55 with a secured

        arrearage in the amount of $11,436.09.

    3.    On May 15, 2014, Federal National Mortgage Association filed a Notice

        of Post-petition Mortgage Fees, Expenses and Charges related to Claim

        #8-1 in the amount of $1,231.50.

    4.    On September 16, 2014, the Court entered an Order Confirming Chapter

        13 Plan (Doc #34); on November 17, 2014, the Court entered an Order

Granting Motion to Modify Confirmed Plan (Doc #37); on January 19, 2017, the Court entered an Order Granting Motion to Modify Confirmed Plan (Doc #43); and on June 6, 2017, the Court entered an Order Granting Motion to Modify Confirmed Plan (Doc #48).

5.     On June 21, 2017, a Notice of Transfer/Assignment of Claim was filed by US Bank Trust N.A., as trustee of Bungalow Series F Trust, c/o BSI Financial Services (Doc #49) (hereafter "Creditor").

6.     On September 18, 2018, the Court entered an Order Granting Motion to Modify Confirmed Plan (Doc #54) which was the Final Order Granting Motion to Modify entered in this Case.

7.     The Order Granting Motion to Modify Confirmed Plan (Doc #54) allowed Claim #8-1 as follows:  Regular monthly mortgage payments total of $86,750.31 (Court Claim #8); a gap payment in the amount of $1226.09 (Court Claim #208); post-petition fees in the amount of $1,026.25 (Court Claim #308); and post-petition arrears/escrow in the amount of $27,947.64 (Court Claim #408).

8.     On February 13, 2019 Order of Discharge was entered by the Court.

9.     On February 20, 2019 Trustee filed notice of Final cure payment Related to Claim #8-1 which reflected that the Creditor had received $86,750.31 for Claim #8-1; $1,226.09 for Claim #208; $1,026.25 for Claim #308; and $27,947.64 for Claim #408.

10.    On March 13, 2019, the Creditor filed a Response to Notice of Final Cure Payment Related to Claim #8 reflecting "Creditor states that the debtor(s) are current with all post-petition payments consistent with

§1322(b)(5) of the Bankruptcy Codes, including all fess, charges, expenses, escrow and costs".

11. The Response further states that the next post-petition payment due from the Debtor was on February 1, 2019.

12. After completion of the plan payments, the Debtor began to make timely payments directly to Creditor.

13. As of the date of this motion, the Debtor made the following payments: $2,389.93 in January, February, and March 2019 for a total post-petition in the amount of $7,169.79.

14. In January of 2019, the Debtor reached out to Creditor to verify the current mortgage payment. She was informed at that time by representative named "Duke" that no payment had been received for her account since August 2018. He stated that she needed to pay an amount in excess of $14,000.00 to bring the loan current and offered to allow her to pay it over the phone at that time.

15. In April of 2019, Creditor sent the Debtor a mortgage statement that reflected that a total due of $3,661.38 which included current payment of $1,939.43, "Post-Petition Amount" of $1,721.95 and "BKY" costs of $75.00. *See Exhibit A*.

16. In June of 2019, Creditor sent the Debtor a mortgage statement that reflected Debtor had total due of $13,159.59 which included other fees in the amount of $1,164.70. *See Exhibit B.*

17. Attorney for the Debtor tried resolving the issue with multiple phone

calls to Creditor and e-mails to the Attorney for BSI.  E-mails assured the Debtor's attorney that the situation was being reviewed but weeks passed without resolution. *See Exhibit C.*

18.   In June of 2019, Creditor sent a letter to the Debtor reflecting that her loan was delinquent in the amount of $11,312.35. *See Exhibit D.*

19.   On July 11, 2019, Creditor sent to the Debtor a Notice of Defual and Intent to Accelerate.  The Notice stated Debtor owed one payment of $2389.93 (an amount which has never been the payment due), four payments of $1,939.43 and one payment of $1,847.24 for a total due of $12,301.39. *See Exhibit E.*

20.   On August 22, 2019, Creditr sent another Notice of Default and Intent to Accelerate the loan *after* Debtor's attorney was assured that the account was placed on hold. The Notice reflected the Debtor owed three payments of $1,939.43 and two payments of $1,847.24, plus late charges of $306.50 and "Other Fees" of $1,663.50. *See Exhibit F.*

21.   The only notice of mortgage payment changed filed with the Court was on January 18, 2017 which reflected Debtor's regular monthly mortgage payment to be $1,910.84.

22.   The Debtor and Debtor's undersigned attorney has attempted to resolve the issues with the Creditor and its attorney without success.

23.   The Creditor attempting to collect additional funds from the Debtor after the Discharge has been entered is a direct and willful violation of the Discharge.

24. The Debtor requests that the Creditor update its records to reflect that upon the completion of the plan the Debtor's mortgage was current and that the first payment due after the completion of the plan was February 1, 2019.

25. The Debtor requests the Creditor apply the payments made directly by the Debtor beginning in January 2019 be applied to the February, March, and April 2019 payments.

26. The Debtor requests that all funds ($1,437.27) above the regular monthly mortgage payment of $1,910.84 be applied to principal.

27. The Debtor requests that the payments for May, June, July, August, September and October 2019, each in the amount of $1,910.84 and totaling $11,465.04 be allowed to be paid to bring the loan current through October and due for November 1, 2019.

28. The Debtor requests that no additional fees and late charges be allowed as an attempt in good faith was made to pay the loan after the completion of plan and the Debtor made timely payments directly to the Creditor.

29. Despite numerous phone calls and emails to resolve this issue the Creditor fails to cooperate in order to resolve the issues. The Debtor's undersigned attorney and his staff has expended over 10 hours to resolve this issue without success.

30. The Debtor's attorney asserts that this issue has caused the Debtor undue stress and requests that she be awarded financial sanctions.

31. The Debtor requests that the Creditor pay Debtor's attorney's fees and costs associated with the resolution of this issue in the amount of $5,000.00.

WHEREFORE, the Debtor respectfully prays that this Honorable Court will deem the mortgage with Creditor current; that Creditor immediately update the mortgage account to reflect the Debtor was current upon completion of the plan and that payments received in January, February and March 2019 be properly applied with the overpayment of $1,437.27 be applied to principal; and that the Court will grant Debtor financial sanctions and award Debtor's attorney fees and cost associated with bringing this action in the amount of $5,000.00 and grant any further relief the Court may deem just and proper.

Respectfully Submitted

/s/ SAMUEL R. PENNINGTON
Samuel R. Pennington
PENNINGTON LAW FIRM, PA
Florida Bar No. 779326
303 N. Texas Ave.
Tavares, FL 32778
Phone 352-508-8277
Fax 352508-5796
Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided on October 3, 2019:

*via electronic transmission to:*
Laurie K. Weatherford, Chapter 13 Trustee;

*via U.S. Mail postage prepaid to:* Michelle R. Ghidotti-Gonsalves, Esq., Authorized agent for US Bank Trust, NA, as Trustee of Bungalow Series F Trust, Ghidotti Berger LLP, 1920 Old Tustin Ave., Santa Ana, CA 92705;

Chase A. Berger, Esq., Berger Firm P.A., 3050 Biscayne Blvd. Suite 402, Miami, Florida 33137;

Karin Murphy c/o BSI Financial Services, 1425 Greenway Dr., Suite 400, Irving, TX 75038;

Debtor, Margie Evelyn Munden, 313 Speyside Lane, Apopka, FL 32712

/s/ SAMUEL R. PENNINGTON
SAMUEL R. PENNINGON, ESQ

# BSI Financial Services

**Mortgage Statement**

STATEMENT DATE  04/17/19

Property Address: 313 SPEYSIDE LN APOPKA FL 32712

314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

## Account Number: 04/01/19

**Post-Petition Payment Date:** 04/01/19
**Post-Petition Payment Amount:** $1,939.43

*This amount includes only your regular post-petition payment. It does not include any past unpaid amounts or Pre-Petition Arrearage, or any fees and charges.*

## Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal: | $310.20 |
| Interest: | $915.89 |
| Escrow (Taxes and/or Insurance): | $713.34 |
| **Regular Monthly Payment:** | **$1,939.43** |
| Total Fees and Other Charges: | $75.00 |
| Past Unpaid Post-Petition Amounts | $1,721.95 |
| **Total Amount Owed Post-Petition** | **$3,661.38** |

SAMUEL R PENNINGTON
RE: MARGIE E BRINKMAN
121 S. ORANGE AVENUE, SUITE 1500
ORLANDO FL 32801

## Account Information

| | | | |
|---|---|---|---|
| * Outstanding Principal: | $276,302.02 | Total Deferred Balance: | $27,927.72 |
| Interest Rate (Until Maturity): | 4.00000% | Prepayment Penalty: | NO |
| Escrow Balance: | $2,744.05 | | |

*The outstanding principal balance does not represent the payoff of your loan. See reverse for more information.*

## Transaction Activity (03/17/19 to 04/17/19)

*Fees and costs are being included in your transaction history and "Total Amount Owed Post-Petition" due to the fact that they have been incurred post-petition, however they are not due and owing until BSI files a Post-Petition Fee Notice, so you may withhold payment of these fees until such time as you receive a Post-Petition Fee Notice for these items.*

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Late Charges & Fees | Unapplied Amount |
|---|---|---|---|---|---|---|---|
| 01/04/19 | Payment | $2,389.93 | $301.05 | $925.04 | $1,163.84 | $0.00 | $0.00 |
| 02/12/19 | Payment | $2,389.93 | $302.05 | $924.04 | $1,163.84 | $0.00 | $0.00 |
| 02/12/19 | Reversal | -$545.47 | $0.00 | $0.00 | $0.00 | $0.00 | -$545.47 |
| 02/12/19 | Payment | $1,529.54 | $0.00 | $0.00 | $0.00 | $0.00 | $1,529.54 |
| 03/16/19 | Payment | $2,389.93 | $303.06 | $923.03 | $1,163.84 | $0.00 | $0.00 |
| 04/05/19 | BKY COSTS | $-75.00 | $0.00 | $0.00 | $0.00 | $-75.00 | $0.00 |
| 04/17/19 | Payment | $2,389.93 | $304.07 | $922.02 | $1,163.84 | $0.00 | $0.00 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $1,210.23 | $1,210.23 |
| Interest | $3,694.13 | $3,694.13 |
| Escrow (Taxes and/or Insurance) | $4,655.36 | $4,655.36 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $984.07 | $984.07 |
| **Total** | **$10,543.79** | **$10,543.79**** |

* Partial Payments: Any partial payments that you make may not be applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
** These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

## Pre-Petition Arrearage Payment

| Received from Trustee Last Month | Total Received During Bankruptcy | Current Balance of Pre-Petition Arrearage |
|---|---|---|
| $0.00 | $0.00 | $1,529.54 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment. These payments are reflected in your transaction activity.

## Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy. This statement is being sent to you for informational and compliance purposes only. By law, we must send it to you. You can choose to stop receiving statements by writing to us at our address below. If your bankruptcy plan requires you to send your mortgage payments to the Trustee, you should pay the Trustee directly. If you are making post-petition payments directly to the Trustee, this statement may not accurately reflect the amount to be paid to the Trustee, and the transaction history only reflects payments received from the Trustee. Please contact the Trustee or your attorney if you have questions.

## Important Messages

Keep upper portion for your records. See reverse for important information.

**Please return this portion with your payment**

# BSI Financial Services

314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

**Account Number:**
Property Address: 313 SPEYSIDE LN, APOPKA FL 32712

SAMUEL R PENNINGTON
RE: MARGIE E BRINKMAN
121 S. ORANGE AVENUE, SUITE 1500
ORLANDO FL 32801

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not send your payment to us. Instead, you should send your payment to the Trustee.

## Payment Amount

**Post-Petition Payment Date:** 04/01/19
**Post-Petition Payment Amount:** $1,939.43

*All amounts due must be paid in full before additional principal reduction can be made.*

Additional Principal  $
Additional Escrow  $

**Total Amount Enclosed**  $

Please write your loan number on your check and make payable to:
**BSI FINANCIAL SERVICES**

**BSI Financial Services
PO BOX 679002
Dallas TX 75267-9002**

1461239752 000014232585

**BSI Financial Services**

**Mortgage Statement**

Exhibit B

STATEMENT DATE   06/06/19
Property Address: 313 SPEYSIDE LN, APOPKA FL 32712

314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

| Account Number: | |
|---|---|
| Payment Date: | 07/01/19 |
| **Payment Amount:** | **$13,159.59** |

*If payment is received after 07/16/19, $61.30 late fee will be charged.*

123210-2.3 1 2414-1.1  1oz



MARGIE E BRINKMAN
313 SPEYSIDE LN
APOPKA FL 32712

### Explanation of Amount Due

| | |
|---|---|
| Principal: | $318.51 |
| Interest: | $907.58 |
| Escrow (Taxes and/or Insurance): | $621.15 |
| **Current Monthly Payment:** | **$1,847.24** |
| Total Fees and Other Charges: | $1,164.70 |
| Overdue Payments: | $10,147.65 |
| **Total Payment Amount:** | **$13,159.59** |

### Account Information

| | | | |
|---|---|---|---|
| * Outstanding Principal: | $273,849.84 | Total Deferred Balance: | $27,927.72 |
| Interest Rate (Until Maturity): | 4.00000% | Prepayment Penalty: | NO |
| Escrow Balance: | 2,744.05 | | |

* The outstanding principal balance does not represent the payoff of your loan.  Please see reverse for more information.

### Transaction Activity (04/17/19 to 06/06/19)

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Late Charges & Fees | Unapplied Amount |
|---|---|---|---|---|---|---|---|
| 05/02/19 | BKY INITIAL SET-UP FEE | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 | $0.00 |
| 05/02/19 | BKY COSTS | $75.00 | $0.00 | $0.00 | $0.00 | $75.00 | $0.00 |
| 04/17/19 | Late Fee (charged because full payment not received by 04-16-2019) | $-61.30 | $0.00 | $0.00 | $0.00 | $-61.30 | $0.00 |
| 05/17/19 | Late Fee (charged because full payment not received by 05-16-2019) | $-61.30 | $0.00 | $0.00 | $0.00 | $-61.30 | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $1,210.23 |
| Interest | $0.00 | $3,694.13 |
| Escrow (Taxes and/or Insurance) | $0.00 | $4,655.36 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $0.00 | $984.07 |
| **Total** | **$0.00** | **$10,543.79**\*\* |

* Partial Payments: Any partial payments that you make may not be applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
\*\* These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

### \*\*Delinquency Notice\*\*

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 06/06/19 you are 125 days delinquent on your mortgage loan.
Date of Default: 02/01/2019
Recent Account History
* Payment Due 01/01/19: Unpaid balance of $919.50
* Payment Due 02/01/19: Unpaid balance of $2,451.23
* Payment Due 03/01/19: Unpaid balance of $2,000.73
* Payment Due 04/01/19: Unpaid balance of $2,000.73
* Payment Due 05/01/19: Unpaid balance of $2,000.73
* Payment Due 06/01/19: Unpaid balance of $1,939.43
* Current Payment Date 07/01/19: $1,847.24

* Total: $13,159.59 unpaid amount that, if paid, would bring your loan current.

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

### IMPORTANT BANKRUPTCY INFORMATION

For Informational Purposes Only. If you have filed a bankruptcy petition and there is an "automatic stay" in effect or you have received a discharge of your personal liability for this loan, we may not and do not intend to pursue collection of this loan from you personally. If either of these circumstances apply, this communication is not and should not be construed to be a demand for payment from you personally, but strictly for information purposes only.

### Important Messages

Keep upper portion for your records.  See reverse for important information.

**adixon@penningtonlawfirmpa.com**

| | |
|---|---|
| **From:** | Angelica Reyes <areyes@ghidottiberger.com> |
| **Sent:** | Wednesday, July 17, 2019 10:44 AM |
| **To:** | adixon@penningtonlawfirmpa.com; info@penningtonlawfirmpa.com |
| **Cc:** | Bryant Jaquez; Kristin Zilberstein |
| **Subject:** | RE: Munden, Margie 13-14147 |

Good Morning, thank you so much. I have forward to my client to make sure these payments have been applied correctly.

I have also spoke to the Foreclosure and Legal team and advised they are not to be sending any acceleration letters nor pre-foreclosure.

Thank you,



**Angelica Reyes | Bankruptcy Manager**
3050 Biscayne Boulevard, Suite 402 , Miami, Florida 33137
Email: areyes@ghidottiberger.com    I Tel:  305.501.2808
I Fax: 954.780.5578

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.  If you have received this e-mail in error or are not the named addressee you should not disseminate, distribute or copy this e-mail.  Please notify the sender immediately via e-mail if you have received this e-mail by mistake and delete this e-mail from your system.  If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is STRICTLY PROHIBITED.  Ghidotti Berger accepts no liability for the content of this e-mail, or for the consequences of any actions taken on the basis of the information provided. WARNING:  Although Ghidotti Berger has taken reasonable precautions to ensure no viruses are present, computer viruses can be transmitted via e-mail.  The company cannot accept responsibility for any loss or damage arising from the use of this e-mail or attachments.  The recipient should check this e-mail and any attachments for the presence of viruses.  E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT.  ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT. If you are currently pursuing loss mitigation with the creditor or a debtor in bankruptcy or have been discharged in bankruptcy, or are otherwise protected by a bankruptcy stay, this is NOT an attempt to collect a debt and is for informational purposes only. You should consult legal counsel regarding your obligations, if any, to pay the mortgage loan.

**From:** adixon@penningtonlawfirmpa.com <adixon@penningtonlawfirmpa.com>
**Sent:** Wednesday, July 17, 2019 6:32 AM
**To:** Angelica Reyes <areyes@ghidottiberger.com>; info@penningtonlawfirmpa.com
**Cc:** Bryant Jaquez <bjaquez@ghidottiberger.com>; Kristin Zilberstein <kzilberstein@ghidottiberger.com>
**Subject:** RE: Munden, Margie 13-14147

I am attaching more information on the three payments our client sent directly to yours. We need to know how these payments were applied.

Amy

**From:** Angelica Reyes <areyes@ghidottiberger.com>
**Sent:** Tuesday, July 16, 2019 6:35 PM
**To:** info@penningtonlawfirmpa.com; adixon@penningtonlawfirmpa.com
**Cc:** Bryant Jaquez <bjaquez@ghidottiberger.com>; Kristin Zilberstein <kzilberstein@ghidottiberger.com>
**Subject:** Re: Munden, Margie 13-14147

1

I will definitely take care of it and make sure they put this file on hold and everything is corrected
Thank you,

Angelica Reyes
Bankruptcy Manager
Ghidotti Berger, LLP

**From:** info@penningtonlawfirmpa.com <info@penningtonlawfirmpa.com>
**Sent:** Tuesday, July 16, 2019 3:06:37 PM
**To:** Angelica Reyes; adixon@penningtonlawfirmpa.com
**Cc:** Bryant Jaquez; Kristin Zilberstein
**Subject:** RE: Munden, Margie 13-14147

Attached.

**From:** Angelica Reyes [mailto:areyes@ghidottiberger.com]
**Sent:** Friday, July 12, 2019 3:29 PM
**To:** adixon@penningtonlawfirmpa.com; info@penningtonlawfirmpa.com
**Cc:** Bryant Jaquez; Kristin Zilberstein
**Subject:** RE: Munden, Margie 13-14147

Good Afternoon Amy,  Attached please find the most current payment History and Payment due statement from our client.  They have advise the the Loan is currently due for 04/01/2019 and that my client has only received 2 payments from Debtor after the Notice of Final cure has been filed.  They have updated their system and the new statement will be sent within 7 – 10 Business Days to show the Loan due for 04/01/2019 unless a payment has been sent recently.

Please let me know if you need anything additional.  We are working on preparing a response to your motion but wanted to send you the documents in advance for your review.

Thank you,



**Angelica Reyes  | Bankruptcy Manager**
3050 Biscayne Boulevard, Suite 402 , Miami, Florida 33137
Email: areyes@ghidottiberger.com    I Tel:  305.501.2808
                                     I Fax: 954.780.5578

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.  If you have received this e-mail in error or are not the named addressee you should not disseminate, distribute or copy this e-mail.  Please notify the sender immediately via e-mail if you have received this e-mail by mistake and delete this e-mail from your system.  If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is STRICTLY PROHIBITED.  Ghidotti Berger accepts no liability for the content of this e-mail, or for the consequences of any actions taken on the basis of the information provided. WARNING:  Although Ghidotti Berger has taken reasonable precautions to ensure no viruses are present, computer viruses can be transmitted via e-mail.  The company cannot accept responsibility for any loss or damage arising from the use of this e-mail or attachments.  The recipient should check this e-mail and any attachments for the presence of viruses.  E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT.  ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT. If you are currently pursuing loss mitigation with the creditor or a debtor in bankruptcy or have been discharged in bankruptcy, or are otherwise protected by a bankruptcy stay, this is NOT an attempt to collect a debt and is for informational purposes only. You should consult legal counsel regarding your obligations, if any, to pay the mortgage loan.

**From:** adixon@penningtonlawfirmpa.com <adixon@penningtonlawfirmpa.com>
**Sent:** Tuesday, June 25, 2019 8:15 AM

**To:** Angelica Reyes <areyes@ghidottiberger.com>
**Cc:** Bryant Jaquez <bjaquez@ghidottiberger.com>; Kristin Zilberstein <kzilberstein@ghidottiberger.com>
**Subject:** RE: Munden, Margie 13-14147

Your response on June 17 stated that we would hear from you on this matter on June 18. Has there been any response to the escalated matter from your client?

Amy Dixon
Paralegal, Pennington Law Firm

---

**From:** adixon@penningtonlawfirmpa.com [mailto:adixon@penningtonlawfirmpa.com]
**Sent:** Monday, June 17, 2019 1:52 PM
**To:** Angelica Reyes
**Cc:** Bryant Jaquez; Kristin Zilberstein
**Subject:** RE: Munden, Margie 13-14147

Our client has received paperwork stating that BSI will begin foreclosure on her property. This is extremely upsetting to her in light of the fact that she has sent directly to BSI more than the amount due after the bankruptcy to date and the fact that BSI's response stated her account was current at the end of the bankruptcy. Everyone at BSI tells her that her direct payments were applied to August and other months in 2018 and that the trustee never sent payments after July, which is completely inaccurate. They are telling her she is over $13,000 in arrears.

Have you heard anything from the client?

Amy Dixon, Paralegal
Pennington Law Firm

Sent from Mail for Windows 10

---

**From:** Angelica Reyes
**Sent:** Thursday, June 13, 2019 9:30 AM
**To:** adixon@penningtonlawfirmpa.com
**Cc:** Bryant Jaquez; Kristin Zilberstein
**Subject:** RE: Munden, Margie 13-14147

Good Morning Amy, I am following up with my client. Will let you know shortly

Thank you,



**Angelica Reyes | Bankruptcy Manager**
3050 Biscayne Boulevard, Suite 402 , Miami, Florida 33137
Email: areyes@ghidottiberger.com    I Tel: 305.501.2808
                                     I Fax: 954.780.5578

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this e-mail in error or are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately via e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is STRICTLY PROHIBITED. Ghidotti Berger accepts no liability for the content of this e-mail, or for the consequences of any actions taken on the basis of the information provided. WARNING: Although Ghidotti Berger has taken reasonable precautions to ensure no viruses are present, computer viruses can be transmitted via e-mail. The company cannot accept responsibility for any loss or damage arising from the use of this e-mail or attachments. The recipient should check this e-mail and any attachments for the presence of viruses. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. THIS LAW FIRM

MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT.  ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT. If you are currently pursuing loss mitigation with the creditor or a debtor in bankruptcy or have been discharged in bankruptcy, or are otherwise protected by a bankruptcy stay, this is NOT an attempt to collect a debt and is for informational purposes only. You should consult legal counsel regarding your obligations, if any, to pay the mortgage loan.

---

**From:** adixon@penningtonlawfirmpa.com <adixon@penningtonlawfirmpa.com>
**Sent:** Thursday, June 13, 2019 8:28 AM
**To:** Angelica Reyes <areyes@ghidottiberger.com>
**Cc:** Bryant Jaquez <bjaquez@ghidottiberger.com>; Kristin Zilberstein <kzilberstein@ghidottiberger.com>
**Subject:** RE: Munden, Margie 13-14147

Has there been any update in this matter?

Amy Dixon
Paralegal, Pennington Law Firm

---

**From:** Angelica Reyes [mailto:areyes@ghidottiberger.com]
**Sent:** Thursday, June 06, 2019 11:37 AM
**To:** adixon@penningtonlawfirmpa.com
**Cc:** Bryant Jaquez; Kristin Zilberstein
**Subject:** RE: Munden, Margie 13-14147

Good morning, we are in receipt of your email and we have reached out to our client to make sure the account is reconciled correctly and we can provide Debtor/Borrower an accurate statement.  We will advise as soon as we get a response

Thank you,



**Angelica Reyes  |  Bankruptcy Manager**
3050 Biscayne Boulevard, Suite 402 , Miami, Florida 33137
Email: areyes@ghidottiberger.com      I Tel: 305.501.2808
                                                          I Fax: 954.780.5578

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.  If you have received this e-mail in error or are not the named addressee you should not disseminate, distribute or copy this e-mail.  Please notify the sender immediately via e-mail if you have received this e-mail by mistake and delete this e-mail from your system.  If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is STRICTLY PROHIBITED.  Ghidotti Berger accepts no liability for the content of this e-mail, or for the consequences of any actions taken on the basis of the information provided. WARNING:  Although Ghidotti Berger has taken reasonable precautions to ensure no viruses are present, computer viruses can be transmitted via e-mail.  The company cannot accept responsibility for any loss or damage arising from the use of this e-mail or attachments.  The recipient should check this e-mail and any attachments for the presence of viruses.  E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT.  ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT. If you are currently pursuing loss mitigation with the creditor or a debtor in bankruptcy or have been discharged in bankruptcy, or are otherwise protected by a bankruptcy stay, this is NOT an attempt to collect a debt and is for informational purposes only. You should consult legal counsel regarding your obligations, if any, to pay the mortgage loan.

---

**From:** Michelle Ghidotti <mghidotti@ghidottiberger.com>

---

**From:** adixon@penningtonlawfirmpa.com <adixon@penningtonlawfirmpa.com>
**Sent:** Wednesday, June 05, 2019 12:25 PM
**To:** Michelle Ghidotti <mghidotti@ghidottiberger.com>
**Subject:** FW: Munden, Margie 13-14147

Attached this time.

Sent from Mail for Windows 10

---

**From:** adixon@penningtonlawfirmpa.com
**Sent:** Wednesday, June 5, 2019 3:21 PM
**To:** mghidotti@ghidottiberger.com
**Subject:** Munden, Margie 13-14147

I am attaching your response to the notice of final cure in our client's case.

She is having trouble with BSI.  They are refusing to send her mortgage statements.  She has made three payments (all much higher than what her payment was supposed to be, but she has been unable to get them to tell her what her payments needed to be)  directly to the bank.  They are stating that they applied those payments to payments from August and November of 2018 because they did not receive any payments from the trustee after July 2018.  This is completely inaccurate.  They are telling her that she owes $9765.83 to be current and that she is in pre-foreclosure.  She has made post-petition payments in the amount of over $7100.00

I feel like there is a disconnect somewhere in your client's system and wanted to let you know what was going on.

Please let me know what I can provide to your office to help get this straightened out.

Amy Dixon
Paralegal, Pennington Law Firm

Sent from Mail for Windows 10

---

Virus-free. www.avast.com

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.



**BSI Financial Services**

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
800-327-7861
814-217-1366 Fax
https://myloanweb.com/BSI

2019-06-10

RE: Mortgage Loan Number: ████9752
Property Address: 313 SPEYSIDE LN
APOPKA FL 32712

123385-11.25 0 1675-1.10  3oz

MARGIE E BRINKMAN
313 SPEYSIDE LN
APOPKA FL 32712

Dear MARGIE E BRINKMAN,

Your mortgage payment is now 30 days or more past due and you are in default under the terms of the documents evidencing and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"). As of the above date, the delinquent balance on your mortgage is $11,312.35. This figure includes past due mortgage payments, late fees and any additional charges.

If you are unable to bring your account current, BSI Financial Services offers loss mitigation options designed to help resolve delinquencies and avoid foreclosure. We understand that sometimes life's circumstances require a little help and understanding. If you need help, the following options may be available (most are subject to eligibility and lender/investor approval):

- Refinance your loan with another lender;
- Modify your loan terms with us;
- Repayment, which provides you a plan to pay past due amounts and bring your loan current; or,
- If you are not able to continue paying your mortgage, your best option may be to find more affordable housing. As an alternative to foreclosure, you may be able to enter into a short sale by selling your home and using the proceeds to pay off your current loan or to deliver to us a deed-in-lieu of foreclosure.

Requesting help is the first step. Start by contacting PATTY VERA toll-free at 888-738-5873 or by providing the information and required documentation needed to help us understand the challenges you are facing. To do this, follow the detailed instructions on the enclosed Borrower's Assistance Form to complete and submit your documentation to us. Once we have received and evaluated your information, we will contact you regarding your available options and next steps.

For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/mortgagehelp/ or the U.S. Department of Housing and Urban Development at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling HUD directly at 1-800- 569-4287.

If you would like to learn more about your options or if you have any questions about this notice, please contact PATTY VERA at 888-738-5873 during our office hours Monday- Friday, 8:00 a.m. to 11:00 p.m. (ET), and Saturday 8:00 a.m. to 12:00 pm. (ET).

Sincerely,

PATTY VERA
BSI Financial Services NMLS #38078; #126672

**This is an attempt to collect a debt. All information obtained will be used for that purpose.**
If you are represented by an attorney, please refer this letter to your attorney and provide us with your attorney name, address and phone number.

*Enclosures:*
Loss Mitigation Application
Borrower Authorization Form
Servicemembers Civil Relief Act ("SCRA") Disclosures

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS # 38078
Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.



7875

Dear MARGIE E BRINKMAN:

Enclosed you will find the financial hardship package. Please complete this Loss Mitigation Application in its entirety and send it back with the supporting documentation listed below so that we can properly review your current financial situation. **The Loss Mitigation Application and the information you provide to us must be complete and accurate and must be dated & signed by all borrowers.**

**Required Documentation for Loss Mitigation Options (Required from Borrower & Co-Borrower)**

- Completed and signed Loss Mitigation Application
- Your last two (2) years Federal tax returns filed (signed and dated with all schedules and forms)
- Completed and signed 3rd. party authorization form (if applicable)
- Copy of current photo ID (must be legible)

**Hardship Documentation:**
- Signed and dated hardship letter, detailing the exact reason that prevents you from paying your mortgage loan(s) and information about your intentions to either keep or transition out of your property.

**Employment Income for all borrowers:**
- Your two (2) most recent pay stubs with year-to-date earnings
- If you're self-employed or an independent contractor, send your most recent signed and dated quarterly or year-to-date Profit & Loss Statement with company name and date; send all statement pages, even if a page is blank.

**Other Income Sources for all borrowers:**
- If you receive Social Security, disability or death benefits, pension, public assistance or unemployment income, send your benefits statement; proof of monthly insurance benefits or government assistance (if applicable) or letter from the provider with the amount, frequency and duration of the benefit AND two most recent bank statements showing receipt of payment; send all statement pages, even if a page is blank.
- Documents showing additional income you'd like us to consider

**Financial Statements for all borrowers:**
- Your two (2) most recent personal checking, savings, money market, mutual fund, stock and bond statements; send all statement pages, even if a page is blank

**Legal Documents (if applicable)**

**Divorce or legal separation:**
- Your divorce decree or separation agreement signed by Court AND recorded quitclaim deed evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property
- Legal documents showing the amount, frequency and duration of child support, alimony or separation maintenance income if you'd like us to consider it as qualifying income AND your two most recent bank statements showing receipt of the payment; send all statement pages, even if a page is blank. **Please note: You aren't required to disclose child support, alimony or separation maintenance income, unless you want us to consider it as qualifying income.**

**Death of a borrower:**

Copy of the death certificate **and at least one (1)** of the following:
- Copy of the last will and testament
- Trust documents
- Probate documents
- Certified copy of court appointment of executor or legal representative
- Court Order or Judgment determining succession to real property
- Letter of succession with a copy of the successor's identification (a signed and notarized document explaining who the parties are claiming to be a successor in interest in the property)

**Income from rental properties:**
- Copy of one (1) of these documents showing rental income: current rental agreement(s) or handwritten lease agreement(s)/contract(s)
- Copies of two canceled checks or two most recent bank statements showing rental and/or boarder income (we won't accept handwritten receipts); send all statement pages, even if a page is blank
- Copies of two (2) most recent mortgage statements for the rental property

**Documents related to your property:**
If you pay your property taxes and/or insurance directly to the provider and not into an escrow account as part of your monthly mortgage payment:
- Copy of current property tax bill and proof of payment, such as a canceled check
- Proof of payment of homeowners/property insurance, such as a canceled check and/or declarations page showing amount due



7875

▶ **Important:** Please complete Sections A–I. Be sure to check the boxes in those sections that do not apply to you, and move on to the next section. To avoid delays, please make sure each section is complete and accurate.

▶ **Account Number:** _____9752 _____

| Section A | BORROWER | CO-BORROWER |
|---|---|---|

**BORROWER**

| | |
|---|---|
| Borrower's Name | |

| Social Security Number | Date of Birth |
|---|---|

Home Phone Number With Area Code

Cell or Work Number With Area Code

Email Address

**CO-BORROWER**

| | |
|---|---|
| Co-Borrower's Name | |

| Social Security Number | Date of Birth |
|---|---|

Home Phone Number With Area Code

Cell or Work Number With Area Code

Email Address

When you give us your mobile phone number, we have your permission to contact you at that number about all your **BSI Financial Services ("BSI")** accounts. Your consent allows us to use text messaging, artificial or pre-recorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

**I want to:**
☐ Be reviewed for all mortgage assistance options
☐ Only be reviewed for selling the home for less than I owe or releasing my property

**The property is my:** ☐ Primary Residence ☐ Second Home ☐ Investment ☐ Other_____

**The property is:** ☐ Owner Occupied ☐ Renter Occupied ☐ Vacant ☐ Other_____

Have you previously requested mortgage payment assistance through BSI? ☐ Yes ☐ No

How many single family properties other than your principal residence do you and/or any co-borrower(s) own individually, jointly, or with others?_____

**Complete this section ONLY if you are requesting mortgage assistance for a property that is not your principal residence.**

Is the mortgage on your principal residence current? ☐ Yes ☐ No If "No," number of months your payment is past due (if known): _____

**Number of People in Household:** _____

Mailing Address:

Property Address (If same as mailing address, just write "same"):

**Is the property listed for sale?** ☐ Yes ☐ No

**If yes, what was the listing date?**_____

**Have you received an offer on the property?** ☐ Yes ☐ No

**Date of Offer:**_____

**Amount of Offer:**_____

**Closing Date:**_____

**Agent's Name:**_____

**Agent's Phone Number:**_____

**Have you contacted a credit counseling agency for help?**

☐ Yes ☐ No

If yes, please complete the following:

**Counselor's Name:** _____

**Agency Name:** _____

**Counselor's Phone Number:** _____

**Counselor's Email:** _____

**Who pays the real estate tax bill on your property?**

☐ I do ☐ Lender does ☐ Paid by condo or HOA

**Are the taxes current?** ☐ Yes ☐ No

**Condominium or HOA Fees?** ☐ Yes ☐ No $_____ per month

**Are the fees paid current?** ☐ Yes ☐ No

**Name and address that fees are paid to:** _____

**Who pays the insurance premiums for your property?**

☐ I do ☐ Lender does ☐ Paid by condo or HOA

**Is the policy current?** ☐ Yes ☐ No

**Name(s) of Insurance Company:** _____

**Insurance Company Phone Number(s):** _____

Page 1

Continue to the next page ▶


7876

▶ **Important:** Please complete Sections A–I Be sure to check the boxes in those sections that do not apply to you, and move on to the next section. To avoid delays, please make sure each section is complete and accurate.

▶ Account Number: ████ 9752 _____

## Section C — ADDITIONAL LIENS/MORTGAGES OR JUDGMENTS
Complete if applicable.

☐ **Check this box if this section does not apply to you.**    Continue to Section D. ▶

| Lien Holder's Name/Servicer | Balance | Phone Number | Reference Number/Loan Number |
|---|---|---|---|
| | | | |
| | | | |

A lien is a legal claim on property to secure a loan or debt until paid off. It is put in place by contract or court order.

## Section D — BANKRUPTCY
Complete if applicable.

☐ **Check this box if this section does not apply to you.**    Continue to Section E. ▶

**Select the type of bankruptcy filed:**  ☐ Chapter 7  ☐ Chapter 13  ☐ Other:_____  Filing Date: _____

**Has your bankruptcy been discharged?**  ☐ Yes  ☐ No    Bankruptcy Case Number: _____

## Section E — INCOME/EXPENSES FOR HOUSEHOLD

Borrower Monthly Income: $ _____

I am: ☐ Employed by a Company
Company #1 Name: _____
Employment Start Date: _____


Company #2 Name: _____
Employment Start Date: _____
Company #3 Name: _____
Employment Start Date: _____

I am: ☐ Self-Employed    Percent of Ownership_____%
I am: ☐ Independent Contractor

Co-Borrower Monthly Income: $ _____

I am: ☐ Employed by a Company
Company #1 Name: _____
Employment Start Date: _____

Company #2 Name: _____
Employment Start Date: _____
Company #3 Name: _____
Employment Start Date: _____

I am: ☐ Self-Employed    Percent of Ownership_____%
I am: ☐ Independent Contractor

Self-employed people earn income directly from their own business, trade, or profession. They don't collect a salary or wages from an employer.
Independent contractors typically provide goods or services to a company under the terms of a contract. They set their own hours and are paid on a freelance basis.

### OTHER INCOME/EXPENSES

Is there a person not on the mortgage note who lives in the residence and contributes financially to the household?  ☐ Yes  ☐ No

If yes, complete the following:

First and Last Name:_____ Monthly amount contributed to the household (not including the amount contributed to the Mortgage): $_____ Monthly amount contributed to the Mortgage: $_____ Are there living expenses for this person? ☐ Yes ☐ No

If yes, monthly amount of expenses: $_____

List any one-time payments you received that appear on your most recent tax return: (Examples: one-time pension disbursements, tax refunds, bonuses, insurance distributions)
Payment Type:_____ Amount: $ _____

Payment Type:_____ Amount: $ _____

Payment Type:_____ Amount: $ _____


7876

**LOSS MITIGATION APPLICATION**

▶ **Important:**  Please complete Sections A–I. Be sure to check the boxes in those sections that do not apply to you, and move on to the next section. To avoid delays, please make sure each section is complete and accurate.

▶ Account Number: _____9752 _____

| Section F | OTHER PROPERTIES OWNED |

☐ **Check this box if this section does not apply to you.** ▶ Continue to Section G

For the amount of the monthly payment, include, if applicable, monthly principal, interest, real property taxes and insurance premiums.
You must provide information about all properties that you or the co-borrower own, other than your principal residence and any other property for which you are seeking mortgage assistance listed in section H.  Use additional sheets if necessary.

### PROPERTY #1

Property Address:_____ Loan Number:_____

First Mortgage Servicer Name:_____ Mortgage Balance $_____

Second Mortgage Servicer Name:_____ 2nd Mortgage Balance $_____
Property is:_____Vacant_____2nd or Seasonal Home_____Rented

### PROPERTY #2

Property Address:_____ Loan Number:_____

First Mortgage Servicer Name:_____ Mortgage Balance $_____

Second Mortgage Servicer Name:_____ 2nd Mortgage Balance $_____
Property is:_____Vacant_____2nd or Seasonal Home_____Rented

### PROPERTY #3

Property Address:_____ Loan Number:_____

First Mortgage Servicer Name:_____ Mortgage Balance $_____

Second Mortgage Servicer Name:_____ 2nd Mortgage Balance $_____
Property is:_____Vacant_____2nd or Seasonal Home_____Rented

### PROPERTY #4

Property Address:_____ Loan Number:_____

First Mortgage Servicer Name:_____ Mortgage Balance $_____

Second Mortgage Servicer Name:_____ 2nd Mortgage Balance $_____
Property is:_____Vacant_____2nd or Seasonal Home_____Rented

### PROPERTY #5

Property Address:_____ Loan Number:_____

First Mortgage Servicer Name:_____ Mortgage Balance $_____

Second Mortgage Servicer Name:_____ 2nd Mortgage Balance $_____
Property is:_____Vacant_____2nd or Seasonal Home_____Rented

▶ Continue to the next page



7877

▶ **Important:** Please complete Sections A–I. Be sure to check the boxes in those sections that do not apply to you, and move on to the next section. To avoid delays, please make sure each section is complete and accurate.

▶ Account Number: ▮▮▮▮9752 _____

| Section H | INFORMATION FOR GOVERNMENT MONITORING PURPOSES |
|---|---|

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing.

You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. If you do not wish to furnish the information, please check the box below.

| **Borrower:** | ☐ I do not wish to furnish this information | **Co-Borrower:** | ☐ I do not wish to furnish this information |
|---|---|---|---|
| **Ethnicity:** | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino | **Ethnicity:** | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino |
| **Race:** | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White | **Race:** | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White |
| **Sex:** | ☐ Female<br>☐ Male | **Sex:** | ☐ Female<br>☐ Male |

Continue to the next page ▶



7677

▶ **Important:**   Please complete Sections A–I. Be sure to check the boxes in those sections that do not apply to you, and move on to the next section. To avoid delays, please make sure each section is complete and accurate.

▶ Account Number: ████████9752 _____

---

By signing this document, I/we certify that all the information is truthful. I/We understand that knowingly submitting false information may constitute fraud.

**Borrower Signature** _____   **Date** _____

**Co-Borrower Signature** _____   **Date** _____

---

### Your Loss Mitigation Application is Complete if You Have:

✓  Written your loan number at the top of each page
✓  Completed Sections A–I
✓  Checked to make sure each section is complete and accurate
✓  Signed your name(s) in the box above

---

### TO BE COMPLETED BY INTERVIEWER

| This request was taken by: | Interviewer's Name (print or type) & I.D. Number | Name/Address of Interviewer's Employer |
|---|---|---|
| ☐ Face-to-Face Interview | | |
| ☐ Mail | Interviewer's Signature            Date | |
| ☐ Telephone | | |
| ☐ Internet | Interviewer's Phone Number (include area code) | Servicer/Interviewer's Email Address |
| **Loan Number** _____ | Interviewer's Fax Number | |



7878

# Borrower Authorization of Third Party

Borrower(s) name(s) _____

Property Address: _____

Mortgage loan account number(s): _____

## <u>Third Party Information</u> (all applicable fields must be completed)

Name of Entity, Agency, Firm _____ Phone number _____

Name(s) of authorized person(s) _____

Mailing address _____

Office address _____

E-Mail _____ Website URL _____

Tax ID# _____ State license # (if required) _____ Issuing state _____

| **For non-profit agencies only\*** | **For attorneys only\*** |
|---|---|
| HUD Approved Counseling Agency? | Do you represent the above named Borrower for a workout arrangement with the named Servicer? |
| ☐ Yes   ☐ No | ☐ Yes   ☐ No |
| Approval valid until (date) _____ | Firm name _____ |
| | Individual Attorney name(s) _____ |
| \*Attach National Foreclosure Mitigation Counseling form if needed | _____ |
| | All states where licensed _____ |
| | \*\*Attorney who represents Borrower must sign below |



7878

Do not sign this form until the form is fully completed. Keep a copy of this form.

Signature of borrower_____

Printed name _____ Date _____

Last 4 digits of SSN _____

Phone _____ Email _____

Signature of co-borrower_____

Printed name _____ Date _____

Last 4 digits of SSN _____

Phone _____ Email _____

This form should be transmitted to BSI Financial Services as soon as possible and no later than 90 days after the date signed. This form may be sent by Fax to 814-217-1366 or by email at customercare@bsifinancial.com.

7879

123385 0 1675-10.10

| Service members Civil Relief Act Notice Disclosure | U.S. Department of Housing and Urban Development Office of Housing | OMB Approval 2502 – 0584 Exp 3/31/2021 |

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember maybe entitled to certain legal protections and debt reliefpursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps, and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.



07/11/2019

Sent Via Certified Mail
9314 8100 1170 1005 6049 37

MARGIE E BRINKMAN
313 SPEYSIDE LN
APOPKA, FL 32712-4704

Loan Number: ████9752
Property Address: 313 SPEYSIDE LN
APOPKA, FL 32712

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear MARGIE E BRINKMAN:

This letter is formal notice by BSI Financial Services (herein as "BSI") the Servicer of the above-referenced loan, on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF BUNGALOW SERIES F TRUST, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 08/15/2019 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). Failure to cure the default on or before this date may result in acceleration of the sums secured by the Security Instrument, foreclosure by judicial proceeding and sale of the property.

The loan is due for 02/01/2019 and subsequent payments, plus late charges, fees and costs. As of the date of this letter, the total amount required to cure the default is $12,301.39, which consists of the following:

| | |
|---|---|
| Next Payment Due Date | 02/01/2019 |
| Total Monthly Payments Due: | $11,994.89 |
| (1 @ $2,389.93) | |
| (4 @ $1,939.43) | |
| (1 @ $1,847.24) | |
| Late Charges | $306.50 |
| Other Fees: | $0.00 |
| Escrow Advance: | $0.00 |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$12,301.39** |

You can cure this default by making a payment of $12,301.39 by 08/15/2019. Please note any additional monthly payments, late charges and other charges that may be due under the Note, Security Instrument and applicable law after the date of this notice must also be paid to bring your account current. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default. You may contact our Collection Department at 800-327-7861 to obtain updated payment information.



FL_NOI
Page 1 of 3

Please include your loan number and property address with your payment and send to:

BSI Financial Services
P.O. Box 517
Titusville, PA 16354-0517

or Overnight
BSI Financial Services
314 S. Franklin Street
Titusville, PA 16354

If you wish to dispute the delinquency, or if you dispute the calculation of amount of the delinquency and reinstatement amount, you may contact us by calling 800-327-7861.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, BSI offers consumer assistance programs designed to help resolve delinquencies and avoid FORECLOSURE. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternative. If you would like to learn more about these programs, you may contact the Loss Mitigation Department at 800-327-7861, Monday - Friday 8 a.m. to 11 p.m. EST and Sat 8 a.m. to 12 p.m. EST EST. WE ARE VERY INTERESTED IN ASSISTING YOU.

You have the right to reinstate the loan after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense to acceleration and foreclosure. Failure to respond to this letter may result in the loss of your property. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

**BSI Financial Services is attempting to collect a debt, and any information obtained will be used for that purpose. Unless you notify us within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after the receipt of this letter, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.**

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by BSI Financial Services.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last 12 months, **AND** joined after signing the Note and Security Instrument now in default, please notify BSI Financial Services immediately. When contacting BSI Financial Services as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; (800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at 800-327-7861 if you have questions about your rights under SCRA.

If you are experiencing financial difficulty, you should know that there are several options available to you that

9314 8100 1170 1005 6049 37

may help you keep your home. You may contact a government approved housing counseling agency which provides free or low-cost housing counseling. You should consider contacting one of these agencies immediately. These agencies specialize in helping homeowners who are facing financial difficulty. Housing counselors can help you assess your financial condition and work with us to explore the possibility of modifying your loan, establishing an easier payment plan for you, or even working out a period of loan forbearance. For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

You may be eligible for assistance from the Homeownership Preservation Foundation or other foreclosure counseling agency. You may call the following toll-free number to request assistance from the Homeownership Preservation Foundation: (888) 995-HOPE. If you wish, you may also contact us directly at 800-327-7861 and ask to discuss possible options.

This matter is very important. Please give it your immediate attention.

Sincerely,

BSI Financial Services
314 S Franklin Street 2nd Floor
Titusville, PA 16354
800-327-7861

---

Licensed as Servis One, Inc. dba BSI Financial Services.
BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET). Colorado Office Location: 7200 S. Alton Way, Suite B180, Centennial, CO 80112 (303) 309-3839. Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2001485-DCA). North Carolina Collection Agency Permit (# 105608).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

 FEDERAL LAW REQUIRES US TO ADVISE YOU THAT BSI FINANCIAL SERVICES IS A DEBT COLLECTOR AND THAT THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT AN INDEBTEDNESS AS YOUR PERSONAL OBLIGATION. IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE PROVIDE US WITH THE ATTORNEY'S NAME, ADDRESS AND TELEPHONE NUMBER.

FL_NOI

9314 8100 1170 1005 6049 37

BSI Financial Services
PO Box 9110
Temecula, CA 92589-9110



2346469781

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
BSI Financial Services
314 S. Franklin Street
Titusville, PA  16354

Send Correspondence to:
Loan Servicing Center
314 S. Franklin Street
Titusville, PA  16354

20190823-186

MARGIE E BRINKMAN
313 SPEYSIDE LN
APOPKA, FL 32712-4704



FL_NOI{FC}

**BSI Financial Services**

08/22/2019

MARGIE E BRINKMAN
313 SPEYSIDE LN
APOPKA, FL 32712-4704

Loan Number: ████9752
Property Address: 313 SPEYSIDE LN
APOPKA, FL 32712

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear MARGIE E BRINKMAN:

This letter is formal notice by BSI Financial Services (herein as "BSI") the Servicer of the above-referenced loan, on behalf of US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES II TRUST, A DELAWARE STATUTORY TRUST, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 09/26/2019 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). Failure to cure the default on or before this date may result in acceleration of the sums secured by the Security Instrument, foreclosure by judicial proceeding and sale of the property.

The loan is due for 04/01/2019 and subsequent payments, plus late charges, fees and costs. As of the date of this letter, the total amount required to cure the default is $11,482.77, which consists of the following:

| | |
|---|---|
| Next Payment Due Date | 04/01/2019 |
| Total Monthly Payments Due: | $9,512.77 |
| (3 @ $1,939.43) | |
| (2 @ $1,847.24) | |
| Late Charges | $306.50 |
| Other Fees: | $1,663.50 |
| Escrow Advance: | $0.00 |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$11,482.77** |

You can cure this default by making a payment of $11,482.77 by 09/26/2019. Please note any additional monthly payments, late charges and other charges that may be due under the Note, Security Instrument and applicable law after the date of this notice must also be paid to bring your account current. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default. You may contact our Collection Department at 800-327-7861 to obtain updated payment information.

 Please include your loan number and property address with your payment and send to:

FL_NOI
Page 1 of 3

2346469781

BSI Financial Services
P.O. Box 517
Titusville, PA 16354-0517

or Overnight
BSI Financial Services
314 S. Franklin Street
Titusville, PA 16354

If you wish to dispute the delinquency, or if you dispute the calculation of amount of the delinquency and reinstatement amount, you may contact us by calling 800-327-7861.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, BSI offers consumer assistance programs designed to help resolve delinquencies and avoid FORECLOSURE. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternative. If you would like to learn more about these programs, you may contact the Loss Mitigation Department at 800-327-7861, Monday - Friday 8 a.m. to 11 p.m. EST and Sat 8 a.m. to 12 p.m. EST EST. WE ARE VERY INTERESTED IN ASSISTING YOU.

You have the right to reinstate the loan after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense to acceleration and foreclosure. Failure to respond to this letter may result in the loss of your property. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

**BSI Financial Services is attempting to collect a debt, and any information obtained will be used for that purpose. Unless you notify us within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after the receipt of this letter, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.**

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by BSI Financial Services.

**Attention Servicemembers and Dependents**: Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last 12 months, **AND** joined after signing the Note and Security Instrument now in default, please notify BSI Financial Services immediately. When contacting BSI Financial Services as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; (800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at 800-327-7861 if you have questions about your rights under SCRA.

If you are experiencing financial difficulty, you should know that there are several options available to you that may help you keep your home. You may contact a government approved housing counseling agency which

2346469781

provides free or low-cost housing counseling. You should consider contacting one of these agencies immediately. These agencies specialize in helping homeowners who are facing financial difficulty. Housing counselors can help you assess your financial condition and work with us to explore the possibility of modifying your loan, establishing an easier payment plan for you, or even working out a period of loan forbearance. For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

You may be eligible for assistance from the Homeownership Preservation Foundation or other foreclosure counseling agency. You may call the following toll-free number to request assistance from the Homeownership Preservation Foundation: (888) 995-HOPE. If you wish, you may also contact us directly at 800-327-7861 and ask to discuss possible options.

This matter is very important. Please give it your immediate attention.

Sincerely,

BSI Financial Services
314 S Franklin Street 2nd Floor
Titusville, PA 16354
800-327-7861

Licensed as Servis One, Inc. dba BSI Financial Services.
BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET). Colorado Office Location: 7200 S. Alton Way, Suite B180, Centennial, CO 80112 (303) 309-3839. Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2001485-DCA). North Carolina Collection Agency Permit (# 105608).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

FEDERAL LAW REQUIRES US TO ADVISE YOU THAT BSI FINANCIAL SERVICES IS A DEBT COLLECTOR AND THAT THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT AN INDEBTEDNESS AS YOUR PERSONAL OBLIGATION. IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE PROVIDE US WITH THE ATTORNEY'S NAME, ADDRESS AND TELEPHONE NUMBER.



FL_NOI

2346469781